**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-**__00277-JO_____ |
| **v.** | **INFORMATION** |
| **RICHARD SCOTT LINSTEDT** | **49 U.S.C. §§  40103(b) & 46307** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Violation of National Defense Airspace)**
**(49 U.S.C. §§ 40103(b) & 46307)**

On or about July 26, 2020, in the District of Oregon, the defendant **RICHARD SCOTT**

**LINDSTEDT** while piloting an unmanned aircraft system, did knowingly, and without lawful

authority, conduct aircraft operations about the United States Federal Courthouse in Portland,

Oregon, a restricted location classified by the Federal Aviation Administration as a National

Defense Airspace;

In violation of Title 14, Code of Federal Regulations, Section 99.7, a regulation

prescribed under Title 49, United States Code, Sections 40103(b)(3) and 46307, a class A

misdemeanor.

Dated: July 27, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*_____
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney