SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**WILLIAM M. NARUS, CASB #243633**
Assistant United States Attorney
William.Narus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00277-JO** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **RICHARD SCOTT LINDSTEDT,** | |
| **Defendant.** | |

The United States of America moves to dismiss this Information with prejudice.  On June 20, 2021, U.S. Pretrial Services advised the government that defendant has fulfilled all requirements set forth in his pretrial diversion agreement.

Dated: July 8, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ William M. Narus*
WILLIAM M. NARUS, CASB #243633
Assistant United States Attorney

**Government's Motion to Dismiss Information with Prejudice**                    **Page 1**